IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| MELVIN LEE MOBLEY, III, #1502681 | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 6:15cv605 |
| MUNIB I. ALISHAH | § | |

O R D E R

Plaintiff Melvin Lee Mobley, III, an inmate confined in the Texas prison system, proceeding *pro se* and *in forma pauperis*, filed the above-styled and numbered civil rights lawsuit pursuant to 42 U.S.C. § 1983. He alleges that Officer Alishah subjected him to excessive use of force on October 31, 2014. He filed an emergency motion for a temporary restraining order and preliminary injunction to prohibit other prison officials from engaging in harassment and retaliation. The case was referred to United States Magistrate Judge John D. Love, who issued an initial Report and Recommendation concluding that the Plaintiff's motion for a temporary restraining order and preliminary injunction should be denied. The Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections by the Plaintiff are without merit. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Report and Recommendation (docket entry #14) is **ADOPTED**. It is further

**ORDERED** that the Plaintiff's motion for a temporary restraining order and preliminary injunction (docket entry #13) is **DENIED**.

**It is SO ORDERED**.

**SIGNED this 31st day of August, 2015.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE